**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Guadalupe CHAVEZ–LIMAS, aka**
**Jose "Pato" Chavez, Defendant–**
**Appellant.**

**No. 10–10182.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

Rui Wang, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Central Arizona Detention Center, Florence, AZ, Francisco Leon, Esquire, Tucson, AZ, for Defendant–Appellant.

Jose Guadalupe Chavez–Limas, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jose Guadalupe Chavez–Limas appeals from the 46–month sentence imposed following his conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Chavez–Limas contends that his sentence is substantively unreasonable because the district court failed to consider the age of his prior conviction under *United States v. Amezcua–Vasquez*, 567 F.3d 1050 (9th Cir.2009). In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable. *See United States v. Valencia–Barragan*, 608 F.3d 1103, 1108–09 (9th Cir.2010) (emphasizing the limited scope of *Amezcua–Vasquez* ).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.